```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RMP CAPITAL CORP.,

                           Plaintiff,

        -against-

SPECTRA FINANCIAL SERVICES, LLC,
ROBERT MELILLO, NICHOLE MELILLO,
SOUTHWEST FUNDING SOLUTIONS, LLC,

                           Defendants.
----------------------------------------------------------------X
```

**ORDER**
14–CV–3454 (JMA) (SIL)

**FILED**
**CLERK**

9/30/2016 1:23 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

Before the Court is a Report and Recommendation ("R & R") from Magistrate Judge Locke, recommending that the Court dismiss this action under Federal Rule of Civil Procedure 41. There have been no objections to the R & R, and the time for objections has expired. Having conducted a review of the full record and the applicable law, and having reviewed the R & R for clear error, the Court adopts Judge Locke's R & R in its entirety.

The Clerk of Court is directed to close this case and mail a copy of this Order to plaintiff.

**SO ORDERED.**

Dated: September 30, 2016
Central Islip, New York

                              /s/     (JMA)
                        JOAN M. AZRACK
                        UNITED STATES DISTRICT JUDGE